No. 975. ALBRECHT v. HERALD CO., DBA GLOBE-DEMOCRAT PUBLISHING CO. C. A. 8th Cir. Certiorari granted. *Donald S. Siegel* for petitioner. *Lon Hocker* for respondent.

No. 884. UNITED MINE WORKERS OF AMERICA, DISTRICT 12 v. ILLINOIS STATE BAR ASSOCIATION ET AL. Sup. Ct. Ill. Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief, as *amicus curiae*, granted. Certiorari granted. *Edmund Burke, Harrison Combs, Willard P. Owens* and *M. E. Boiarsky* for petitioner. *Bernard H. Bertrand* for respondents. *J. Albert Woll, Laurence Gold* and *Thomas E. Harris* for American Federation of Labor and Congress of Industrial Organizations, as *amicus curiae*, in support of the petition.

No. 843. VANDERPOOL v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Ferdinand R. Goglio* and *Irving Frederick* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John M. Brant* for the United States.

No. 853. DUBIN v. OHIO. Ct. App. Ohio, Lake County. Certiorari denied. Petitioner *pro se*. *Fred V. Skok* and *David P. Freed* for respondent.

No. 949. ESTATE OF STEINBERG v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *George T. Altman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John P. Burke* for respondent.